UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERGIO OCHOA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MID COLUMBIA FORKLIFT,<br><br>　　　　　　　　Defendant. | NO:  1:15-CV-3013-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties Stipulation for Dismissal with Prejudice, ECF No. 11.  Having reviewed the Stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, **ECF No. 11**, is **APPROVED**.  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 29th day of September 2015.

                          *s/ Rosanna Malouf Peterson*
                         ROSANNA MALOUF PETERSON
                       Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2